```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                         Case No. 19-05007-HWV
Angela E. Summers                                                              Chapter 13
    Debtor                         **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AutoDocke              Page 1 of 2                 Date Rcvd: Feb 11, 2020
                              Form ID: ntnoshow            Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
```
db              +Angela E. Summers,    12941 Wa. Twnp. Blvd.,    No. 302,    Waynesboro, PA 17268-8554
5290955         +BANK OF MISSOURI,    2700 S LORRAINE PL,    SIOUX FALLS, SD 57106-3657
5274012         +Brooklane,    13121 Brook Lane,    P.O. Box 1945,    Hagerstown, MD 21742-1945
5276179         +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
5274015         +Central Credit Services, LLC,    9550 Regency Square Blvd,    Suite 500 A,
                  Jacksonville, FL 32225-8169
5274018         +Debt Collection Partners,    Wes Mon Building 2,    11 Commerce Dr, Ste 208,
                  Westover, WV 26501-3858
5274019         +ECMC Group,    111 Washington Ave South,    Suite 1400,    Minneapolis, MN 55401-6800
5274021         +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
5274022         +Freedom Mortgage Corporation,    Attn: Bankruptcy,    907 Pleasant Valley Ave, Ste 3,
                  Mt Laurel, NJ 08054-1210
5274025         +Kidz Therapy,    1134 Kennebec Drive,    Ste B,    Chambersburg, PA 17201-2809
5274026         +Menchy Music,    9 Barnhart Drive,    Hanover, PA 17331-9589
5274029         +New Forge Crossing,    12935 Wa Twnp Blvd,    Waynesboro, PA 17268-8478
5274032          Summit Health,    501 W Main Street,    Waynesboro, PA 17268
5274033         +Summit Physician,    785 5th Ave,    Chambersburg, PA 17201-4232
5274034         +Summit Physician Services,    785 5th Avenue,    Chambersburg, PA 17201-4232
5274035         +Total Visa/Bank of Missouri,    Attn: Bankruptcy,    Po Box 85710,    Sioux Falls, SD 57118-5710
5274036         +USAA Federal Savings Bank,    Attn: Bankruptcy,    10750 Mcdermott Freeway,
                  San Antonio, TX 78288-1600
5274037         +Washington Twnshp Municipal Authori,    11102 Buchanan Trail East,    Waynesboro, PA 17268-8523
5274038         +Waynesboro Hospital,    501 E Main Street,    Waynesboro, PA 17268-2394
5274040          Wellspan Anesthesiology,    785 5th Ave. Suite 3,    Chambersburg, PA 17201-4232
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2020 19:44:51
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5274011         +E-mail/Text: mnapoletano@ars-llc.biz Feb 11 2020 19:38:11      Ability Recovery Service,
                  Attn: Bankruptcy,    Po Box 4262,    Scranton, PA 18505-6262
5274014         +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 11 2020 19:44:25
                  CC Holdings/CardMember Services,    Attn: Card Services,    Po Box 9201,
                  Old Bethpage, NY 11804-9001
5280045          E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 11 2020 19:44:30
                  CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                  Greenville, SC 29603-0368
5274013         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 11 2020 19:44:48      Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5286404          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 11 2020 19:44:29
                  Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                  Charlotte, NC  28272-1083
5274016         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 11 2020 19:37:47      Comenity Bank/Peebles,
                  Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5274017         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 11 2020 19:37:47      Comenity Capital Bank/HSN,
                  Attn:  Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5274020         +E-mail/Text: bnc-bluestem@quantum3group.com Feb 11 2020 19:38:07      Fingerhut,
                  Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
5284439          E-mail/Text: bankruptcy@glsllc.com Feb 11 2020 19:37:27       Global Lending Services LLC,
                  1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
5274023          E-mail/Text: bankruptcy@glsllc.com Feb 11 2020 19:37:27       Global Lending Services LLC,
                  Attn: Bankruptcy,    Po Box 10437,    Greenville, SC 29603
5274024         +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2020 19:44:11       JTV,    9600 Parkside Dr,
                  Knoxville, TN 37922-2201
5274027         +E-mail/Text: bankruptcy@sccompanies.com Feb 11 2020 19:38:17       Montgomery Wards,
                  1112 7th Avenue,    Monroe, WI 53566-1364
5274028         +E-mail/Text: Bankruptcies@nragroup.com Feb 11 2020 19:38:15       National Recovery Agency,
                  Attn: Bankruptcy,    Po Box 67015,    Harrisburg, PA 17106-7015
5293127         +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 11 2020 19:38:00      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5293901          E-mail/Text: bnc-quantum@quantum3group.com Feb 11 2020 19:37:48
                  Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                  Kirkland, WA  98083-0788
5274030         +E-mail/Text: bankruptcy@rentacenter.com Feb 11 2020 19:38:13      Rent A Center,
                  12773 Wa Twnp Blvd,    Waynesboro, PA 17268-8502
5274031         +E-mail/Text: clientservices@sourcerm.com Feb 11 2020 19:38:06       Source Receivables Mgmt, Llc,
                  Attn: Bankruptcy Dept,    4615 Dundas Dr., Suite 102,    Greensboro, NC 27407-1761
5274179         +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2020 19:44:46       Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5274041         +E-mail/Text: documentfiling@lciinc.com Feb 11 2020 19:37:28      Xfinity,    Po Box 70219,
                  Philidelphia, PA 19176-0219
                                                                                              TOTAL: 20
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5274039*       +Waynesboro Hospital,    501 E. Main Street,    Waynesboro, PA 17268-2394
5274010       ##+Aarons,    1754 LWE,    Chambersburg, PA 17202-3348
                                                                             TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2020 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com
              Mark A. Buterbaugh    on behalf of Debtor 1 Angela E. Summers Mooneybkecf@gmail.com,
               buterbaughmr61895@notify.bestcase.com
              Thomas    Song    on behalf of Creditor     Freedom Mortgage Corporation pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| Angela E. Summers, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:19–bk–05007–HWV |

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **March 2, 2020** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **March 2, 2020**.

**If no objections are filed by March 2, 2020, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 11, 2020 |

ntnoshow (07/18)